UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERGIO COSTA, *individually and on behalf*
*of all others similarly situated*,

               Plaintiff,                            21 **CIVIL** 5180 (PMH)

      -against-                               **JUDGMENT**

ROMAN HEALTH VENTURES, INC.,

               Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 27, 2021, Defendant's motion to compel arbitration is GRANTED. Defendant's request for oral argument is denied as unnecessary. Because all of the disputes raised in this case (by Plaintiff and any purported class members) are subject to arbitration and no purpose will be served by imposing a stay, the Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          October 28, 2021

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                      **BY:**
                                                           **Deputy Clerk**